UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MALINDA L. MASON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:23-cv-00175 |
| THE BANK OF NEW YORK MELLON, | ) ) ) |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Motion to Dismiss (Doc. No. 7) filed by the Bank of New York Mellon is **GRANTED**. Count I (Violation of the FDCPA), Count II (Breach of Contract), Count VI (Violation of the FCRA), and Count VII (Violation of the Implied Covenant of Good Faith and Fair Dealing) of the Complaint are **DISMISSED WITH PREJUDICE**. Count IV (Fraud) and Count V (Fraudulent Inducement) of the Complaint are **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE